**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

    Keith P Marceau                                               Case # 12-bk-54305
    Pamela J Marceau                                          Chapter 13
            Debtors                                                  Judge Hoffman

**NOTICE OF CHANGE OF ADDRESS**

Now come Keith P. and Pamela J. Marceau, by and through counsel, and hereby notify the Court of their new address. The Debtors' mailing address is as follows:

    Keith & Pamela Marceau
    4529 McCord Street
    Springfield, OH  45503

    /s/ John F. Cannizzaro
    John F. Cannizzaro # 0005096
    Attorney for Debtors
    302 S. Main Street
    Marysville, OH 43040
    937-644-9125 (telephone no.)
    937-644-0754 (fax no.)
    bkadmin@cfbjs.com

**Certificate of Service**

I hereby certify that a copy of the foregoing address change notice was sent by ECF service to Faye D. English, Chapter 13 Trustee; U.S. Trustee's Office and by regular U.S. Mail service upon Keith & Pamela Marceau, 4529 McCord Street, Springfield, OH  45503, this 6th day of March 2015.

    /s/ John F. Cannizzaro
    John F. Cannizzaro